UNITED STATES DISTRICT COURT FOR THE Middle District of Alabama

2:26-cv-00685-MHT-JTA

Louis Conway

RECEIVED

2026 AUG 31 P 2:04

TREY GRANGER, CLERK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

V.

Jasmine LeCount Mcclanahan

Rowan Wilson, Shirley Troutman, Madeline Singas, Jenny Rivera, Michael J. Garcia, Anthony Cannataro, Caitlin J. Halligan, Ali Najmi, Ramzi Kassem, Stuart Slotnick, Edgardo Ramos, E. Danielle Jose- Decker, Brian Gotlieb, Sallie Manzanet-Daniels, Troy K. Webber, Alexander Tisch, Letitia James, Suzanne Adams, Hector LaSalle, Jamie McDonald, Eric Gonzalez, Thomas Marcelle, Genine Edwards, Arlene Bluth, Joseph Nocella Jr., Judy Kim, Heela Capell, Sachi Singh, Eric Komitee, James Emanuel Boasberg, Joy Campanelli, Daniel Ramos, Vanessa Fang, Shahabuddeen A. Ally, Kevin Mcclanahan, Mohammed S. Islam, Jessica Tisch, James D'Auguste, Jack Stoller, Robert Fisher, Timothy E. Wong, Lawrence Knippel, Susanna Molina Rojas, Tanya Faye, Kam Yuen, Alvin Bragg, Wavny Toussaint, Dakota Ramseur, Michael Rosenthal, Dianne T. Renwick, Laura Taylor Swain, Carmen A. Pacheco, Margo K. Brodie, Angela D. Caesar,

COMPLAINT

1. Defendants are involved in a multi-district network, which are subjected to supervision and control of federal agents,
2. The Court has power to direct control in accordance with the manual.

Louis Conway

Louis Conway
300 N Michigan Rd, Carmel,
IN 46039

DV DANIELS NJ 070
28 AUG 2026 PM 6 L

Freedom 250



U.S. District Court Clerk's Office
One Church Street
Montgomery, AL 36104

36104-401801